

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of K.S., K.M., and K.E., Children

No. 06-21-00062-CV

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 15-20). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the portion of the trial court's order terminating Mother's parental rights to K.S., K.M., and K.E., and remand the cause for further proceedings. We affirm the order in all other respects including the portion of the order appointing the Department as the managing conservator of the children.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

We further order that the payment of costs is waived pursuant to Section 40.062 of the Texas Human Resources Code.

RENDERED OCTOBER 19, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk